UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH MARTINI, | ) | |
| Plaintiff(s), | ) | No. C04-3023 BZ |
| v. | ) | **CONDITIONAL ORDER OF DISMISSAL** |
| MAITAM MARTIAL, et al., | ) | |
| Defendant(s). | ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: June 13, 2005

                                         /s/ Bernard Zimmerman
                                           Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-BZCASES\MARTINI\conditionaldismissal.ord.wpd

1